■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST R. STOKES, Appellant. (Appeal No. 1.) [629 NYS2d 692] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Cayuga County Court, Corning, J.—Criminal Sale Con-

trolled Substance, 3rd Degree.) Present—Denman, P. J., Fallon, Wesley, Doerr and Balio, JJ.